■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY JAMES HALL, Petitioner, v. J. LELAND CASSCLES, as Superintendent of Great Meadow Cor-

rectional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) denied for failure of compliance with article 70 of the CPLR and more particularly with the provisions of CPLR 7002 (subd. [c]) thereof, and as otherwise insufficient on its face. Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Kane, JJ., concur.